574

*Leonard Turner,* for appellant.

*Carolyn E. Temin* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 20, 1972:
Order affirmed.

The former Mr. Chief Justice BELL and the former Mr. Justice BARBIERI took no part in the decision of this case.

## Imrich, Appellant, *v.* Imrich.

Submitted November 10, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Gus Milides* and *Martin Cohen,* for appellant.

*Nathan L. Reibman,* for appellees.

OPINION PER CURIAM, March 20, 1972:
Decree affirmed.  Each party to bear own costs.

Kanenson, Appellant, *v.* Mutual of Omaha
Insurance Company.

Argued April 22, 1971.  Before BELL, C. J., JONES,
EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Milton B. Riskin,* with him *McFadden, Riskin and
Huston,* for appellant.

*John F. Oldt,* with him *Fox, Oldt & Hambrook,* for
appellee.

OPINION PER CURIAM, March 20, 1972:
Decree affirmed; costs on appellant.
The former Mr. Chief Justice BELL and the former
Mr. Justice BARBIERI took no part in the decision of
this case.